**From: The District Court of the 13th Judicial District. County of Yellowstone.**

**STATE OF MONTANA,**
**Plaintiff,** **No. DC-98-1064**
**vs.** **Decision**
**PATRICIA R. BURSHIA,**
**Defendant.**

On September 28, 2001, the defendant was sentenced to a three (3) year commitment to the Department of Corrections for violations of the conditions of a suspended sentence for the offense of Criminal Possession of Dangerous Drugs, a felony.

14 

On April 12, 2002, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Kobi Gibbs. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that she understood this and stated that she did not wish to proceed.

Therefore, it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be dismissed.

Done in open Court this 12th day of April, 2002.

DATED this 1st day of May, 2002.

Chairman, Hon. David Cybulski; Member, Hon. Katherine R. Curtis and Member, Hon. Marc Buyske.